# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEET MILLER**  **PLAINTIFF**
ADC #158736

v.  **CASE NO. 2:20-CV-00191-BSM**

**ERICA WRIGHT, Lieutnant,**  **DEFENDANTS**
**ADC, Delta Regional Unit,** *et al.*

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 54] is adopted, and defendants' motion for partial summary judgment [Doc. No. 38] is granted. Accordingly, Keet Miller may proceed with his excessive force claim against Erica Wright in connection with the March 18, 2020 incident. All of Miller's other claims against defendants Wright, Jacqueline Love-Craft, Andre Jordan, and Christie Simpson are dismissed without prejudice.

IT IS SO ORDERED this 18th day of March, 2022.

UNITED STATES DISTRICT JUDGE