# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KEET MILLER**  **PLAINTIFF**
**ADC #158736**

v.                    CASE NO. 2:20-CV-191-BSM

**ERICA WRIGHT,**   **DEFENDANT**
**Lieutenant, ADC, Delta Regional Unit**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 95] is adopted and Keet Miller's complaint is dismissed with prejudice.

IT IS SO ORDERED this 28th day of September, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE