IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KEET MILLER**                                                                                          **PLAINTIFF**
ADC #158736

v.                              CASE NO. 2:20-CV-191-BSM

**ERICA WRIGHT,**                                                                                     **DEFENDANT**
Lieutenant, ADC, Delta Regional Unit

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE